MIDLAND R. TERMINAL CO., Respondent, v. NEW YORK HERALD CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by the Midland Railroad Terminal Company against the New York Herald Company.

PER CURIAM. Interlocutory judgment affirmed, with costs, with the right to defendant to answer upon the merits, upon payment of the costs included in said judgment and of this appeal within 10 days after service of a copy of the order of affirmance and notice of entry thereof.

In re MILLER et al. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) In the matter of Isaac Miller and Abraham Miller, attorneys.

PER CURIAM. Motion granted, and respondents suspended from practice for a period of one year from the date of the entry of the order herein.

JENKS, P. J., and HIRSCHBERG, J., vote to adopt the recommendation of the referee.

MILLER, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Mary E. Miller against George M. Miller. No opinion. Order affirmed, with $10 costs and disbursements.

MILLS, Respondent, v. LELAND et al., Appellants. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Harriet A. R. Mills against Francis L. Leland and others. L. L. Kellogg, of New York City, for appellants. J. H. Banton, of New York City, for respondent. No opinion. Appeal dismissed, with $10 costs. Order filed.

MILTON RATHBUN CO., Appellant, v. REESING, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by the Milton Rathbun Company against Herman Reesing. H. C. Marshall, of New York City, for appellant. G. B. Hayes, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MOONEY, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by William J. Mooney, as administrator, against George T. Smith. F. L. Taylor, of New York City, for appellant. J. V. Bouvier, Jr., of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., and LAUGHLIN, J., dissent.

In re MOORE et al. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) In the matter of the application of Harry W. Moore and others to set aside the alleged election of Warden and Vestrymen of Trinity Church, Roslyn, N. Y., etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BURR, J., dissents.

MOORE et al., Appellants, v. ROCHESTER, S. & E. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Ann Moore and another, as executrices, etc., against the Rochester, Syracuse & Eastern Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

MORAN v. STANDARD OIL CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by John J. Moran against the Standard Oil Company of New York. C. P. Howland, of New York City, for Standard Oil Co. of New York. W. C. Beecher of New York City, for Moran.

PER CURIAM. Judgment and order affirmed, with costs to plaintiff. Order filed.

CLARKE and MILLER, JJ., dissent.

MORRISON, Respondent, v. ONTARIO KNIFE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Clarence E. Morrison, an infant, etc., against the Ontario Knife Company. No opinion. Motion for leave to appeal to Court of Appeals (from 136 N. Y. Supp. 1142) denied, with $10 costs.

MOSES, Respondent, v. SALOMON, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Moss F. Moses against Walter J. Salomon. W. H. Bond, of New York City, for appellant. C. J. Heermance, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed. See, also, 150 App. Div. 929, 135 N. Y. Supp. 1128.

M. R. E. HOLDING CO., Appellant, v. FITZ, County Treasurer, Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by the M. R. E. Holding Company against Charles R. Fitz, as County Treasurer of Suffolk County, N. Y. (Action No. 1.) No opinion. Judgment, in so far as appealed from, affirmed, with costs.

M. R. E. HOLDING CO., Appellant, v. FITZ, County Treasurer, Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by the M. R. E. Holding Company against Charles R. Fitz, as County Treasurer of Suffolk County, N. Y. (Action No. 2.) No opinion. Judgment affirmed, with costs.

MULCAHY, Respondent, v. FEDERAL SUGAR REFINING CO., Appellant. (Supreme Court, Appellate Division, Second Department.